IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:13 CV-160-BO

| | |
|---|---|
| SAUNDRA ANTHONY )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of )<br>Social Security Administration )<br>)<br>Defendant. ) | ORDER |

Upon application of the plaintiff, and with no objection by defendant,

It is ORDERED that the Commissioner of Social Security Administration shall pay plaintiff's attorney the sum of $ 4, 917.29 in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum this case is dismissed with prejudice.

This 2 day of May, 2014.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE